STATE OF LOUISIANA

VERSUS

D'JUAN MACKEY

NO. 22-K-151

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Nancy F. Vega
Chief Deputy, Clerk of Court

April 07, 2022

Nancy F. Vega
Chief Deputy Clerk

**IN RE** STATE OF LOUISIANA

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE VERCELL FIFFIE, DIVISION "A", NUMBER 18,157

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Hans J. Liljeberg

**WRIT GRANTED; JUDGMENT VACATED**

Relator, the State of Louisiana, seeks review of the trial court's "Order of Release" ordering defendant's release in this matter at 5:21 p.m. on April 7, 2022. For the following reasons, we grant the writ, reverse the trial court's finding that the State failed to prove just cause for a continuance of trial, and vacate the trial court's April 5, 2022 Order of Release.

On July 7, 2021, defendant, D'Juan Mackey, filed a Motion for Speedy Trial with an accompanying affidavit as required under La. C.Cr.P. art. 701(D). Shortly thereafter, on August 29, 2021, Hurricane Ida impacted the 40th Judicial District Court and surrounding areas. Through a series of Orders, the 40th Judicial District Court remained closed through September 19, 2021, and all criminal jury trials were suspended and scheduled to be reset in an instructed manner during the time period of January, 2022 to March, 2022. This matter was first set for trial in March, 2022, and was continued to April 4, 2022, due to the unavailability of a State witness.

During voir dire, the lead prosecutor learned that his mother had just passed away and the State requested a continuance of trial. The trial court continued the trial until June 1, 2022, thereafter holding a contradictory hearing to address defendant's motion for immediate release without bond pursuant to La. C.Cr.P. art. 701. At the hearing, the State argued that the lead prosecutor's immediate family member's death was beyond the State's control and constituted "just cause" under La. C.Cr.P. art. 701. The trial court found that the State had failed to show just cause for delay of trial until June 1, 2022. The trial judge ordered the defendant be held for 48 hours, to be released without bond on April 7, 2022 at 5:21 p.m.

Under the circumstances of this case, we find that the trial judge abused his discretion in finding that the death of the lead prosecutor's mother did not constitute just cause to support an approximate six-week delay of trial. Accordingly, we grant the State's writ application, reverse the trial court's finding, and vacate the April 5, 2022 Order of Release.

Gretna, Louisiana, this 7th day of April, 2022.

**FHW**
**SMC**
**HJL**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **04/07/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-K-151**

### E-NOTIFIED

40th District Court (Clerk)
Honorable Vercell Fiffie (DISTRICT JUDGE)
Orenthal J. Jasmin (Relator)

Honorable Bridget A. Dinvaut (Relator)
Randy J. Dukes (Respondent)

### MAILED